| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:02-CR 339-006 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR 04-30009 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Peter Gigliotti 481 Barbour Street North Adams, MA 01247 | NORTHERN DISTRICT OF NEW YORK | DIVISION U. S. Probation Department |
|---|---|---|
| | NAME OF SENTENCING JUDGE Thomas J. McAvoy | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM November 10, 2003 | TO November 9, 2006 |

OFFENSE

Conspiracy to Possess with Intent to Distribute and Distribution of Marijuana, 21 USC §§841(a)(1) and (b)(1)(D) and 846

MAR 22 2004

RECEIVED MAR 18 2004 U.S. PROBATION OFFICE ALBANY, NY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/24/04
Date

*Thomas J. McAvoy*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/15/04
Effective Date

*Michael A. Ponsor*
United States District Judge

the undersigned Clerk of the Court, do hereby certify that this
true, correct and ...
...ment on file in
...
pages (text) 1   # of pages including (exhibits) ___
3-23-04
Lawrence K. Baerman, Clerk